# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

### JUDGMENT IN A CIVIL CASE

DARRYL COLBERT,

    Plaintiff,

v.                                Case No. 20-03088-CV-S-BCW-P

CORIZON, LLC., et al.,

    Defendants.

- ☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☒ **DECISION OF THE COURT**.

    **IT IS ORDERED AND ADJUDGED**: This case is dismissed without prejudice.

Entered on: May 4, 2020

                                                PAIGE WYMORE-WYNN
                                                CLERK OF COURT

                                                /s/ K. Willis
                                                (By) Deputy Clerk